UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAO BINH THANH,<br>Petitioner,<br>v.<br>J. J., et al.,<br>Respondents. | Case No. 5:26-cv-05255 HDV (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Answer, Traverse, all the records and files herein, along with the October 22, 2026 Report and Recommendation of the assigned United States Magistrate Judge [Dkt. No. 16], and the Objection to the Report and Recommendation ("Objections") [Dkt. No. 17]. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Objections have been made. Respondents' Objections are overruled.

///

///

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 16], is accepted;

2. The Petition is granted;

3. Respondents must immediately release Petitioner Cao Binh Thanh (A#027-350-169) from immigration custody;

4 Respondents are enjoined from re-detaining Petitioner without immediately providing him with notice and a pre-deprivation hearing. At that hearing, the burden is placed on Respondents to demonstrate changed circumstances, under the applicable statutes and regulations, which warrant re-detention; and

5. Judgment is to be entered accordingly.

DATED: October 24, 2026



THE HONORABLE HERNAN D. VERA
United States District Judge