JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAO BINH THANH,<br>Petitioner,<br>v.<br>J. J., et al.,<br>Respondents. | Case No. 5:26-cv-05255 HDV (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is granted.

DATED: October 24, 2026

THE HONORABLE HERNAN D. VERA
United States District Judge